```
                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII


MICHAEL FARINAS,            ) Civil No. 06-00163 HG-LEK
                            ) Criminal No. 03-00221 HG-01
          Movant,           )
                            ) NOTICE OF APPEAL
     v.                     )
                            )
UNITED STATES OF AMERICA,   )
                            )
          Respondent.       )
                            )
                            )
```

Notice is hereby given that Michael Farinas hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody entered in this action on July 25, 2006. A copy of said order is attached hereto.

Dated: August 22, 2006                Respectfully Submitted,

                                      /s/ Michael S. Evans
                                      _____
                                      MICHAEL S. EVANS
                                      18411 Crenshaw Boulevard
                                      Suite 360
                                      Torrance, CA 90504
                                      (310) 545-8192 (Telephone)
                                      (310) 329-5233 (Facsimile)
                                      criminaldf@aol.com (Email)
                                      Attorney for Movant
                                      MICHAEL FARINAS

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII — AUG 23 2006 — SUE BEITIA, CLERK*