cc: HG

**MICHAEL S. EVANS**                                    Attorney At Law

**RECEIVED**
CLERK U.S. DISTRICT COURT

AUG 2 3 2006
12:10 pm
DISTRICT OF HAWAII

Iowa Courthouse Building
18411 Crenshaw Boulevard, Suite 360
Torrance, CA 90504
Phone (310) 545-8192

August 22, 2006

VIA OVERNIGHT DELIVERY
Clerk of the Court
United States District Court
for the District of Hawaii
300 Ala Moana Boulevard, Room C-228
Honolulu, Hawaii 96850

CV 06-163 HG-LEK
CR 03-0221 HG-01
AND
CR 03-350 Hg

To Whoever It May Concern:

Please be advised that a Motion, Affidavit and Order Re: Appeal
In Forma Pauperis will be filed in this Court by Michael Farinas
asking that he be allowed to prosecute this appeal without
prepayment of fees and costs.  I have sent this affidavit and
motion to Mr. Farinas who is incarcerated in Lompoc, California
but have not received a signed affidavit back from him thus
causing the delay in the filing of the above-referenced motion.

Thank you for your consideration.

Sincerely,

Michael S. Evans


SCANNED