## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 2, 2006


To All Counsel of Record as Appellees:


   IN RE:   Michael Farinas vs. USA

            Notice of Appeal re: 28 USC 2255 case
            **CR 03-00221HG-01** (CV 06-00163HG-LEK)


Dear Counsel:

     Pursuant to Rule 3(d) FRAP, you are hereby  notified that a Notice of Appeal was filed in the above-entitled case on August 23, 2006 .

     All counsel (or Pro Se) should  read and follow the enclosed instructions.  Thank You.


                        Sincerely Yours,

                        SUE BEITIA, CLERK

                        by: Anna F. Chang
                        Deputy Clerk


Enclosures

cc:    Clerk, 9th CCA w/copy of NA, Order denying Certificate of Appealability,
        docket sheet, dfnf
    Michael S. Evans, Esq. (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS