**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**    Michael Farinas vs. USA

    **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER: CR 03-00221HG-01**
    *(28:2255 Case, Civil No. 06–00163HG-LEK)*

II    **DATE NOTICE OF APPEAL FILED:**    August 23, 2006

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**

    **DOCKET FEE PAID ON:**    **AMOUNT:**

    **NOT PAID YET:**    **BILLED:**

    **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**    **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

    **9CCA No. 06-16674 for USDC HI CR CASE 03-00350HG-01** (CV 06-00164HG-LEK)

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Anna F. Chang

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)