# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

**RECEIVED**
CLERK U.S. DISTRICT COURT
OCT 18 2006
DISTRICT OF HAWAII

October 2, 2006

6-16910

To All Counsel of Record as Appellees:

    IN RE:    Michael Farinas vs. USA

               Notice of Appeal re: 28 USC 2255 case
               **CR 03-00221HG-01** (CV 06-00163HG-LEK)

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 23, 2006.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                      Sincerely Yours,

                                      SUE BEITIA, CLERK

                                      by: Anna F. Chang
                                      Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA, Order denying Certificate of Appealability,
          docket sheet, dfnf
       Michael S. Evans, Esq. (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS