

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL FARINAS,<br><br>Defendant - Appellant. | No. 06-16674<br><br>D.C. Nos. CV-06-00164-HG<br>         CR-03-00221-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before:   GOULD and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. See 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

RESEARCH

Michael S. Evans, Esq.
Suite 360
18411 Crenshaw Blvd.
Torrance, CA 90504


tsp
06-16674