**FILED**

UNITED STATES COURT OF APPEALS

JAN 25 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MICHAEL FARINAS,<br><br>　　　　Defendant - Appellant. | No. 06-16910<br><br>D.C. Nos. CV-06-00163-HG/LEK<br>　　　　　　CR-03-00221-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before:　　GOULD and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII JAN 30 2007 at 10 o'clock and 30 min. AM SUE BEITIA, CLERK

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JAN 25 2007
by Deputy Clerk

RESEARCH

INTERNAL USE ONLY: Proceedings include all events.
06-16910 USA v. Farinas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Louis A. Bracco, AUSA<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| MICHAEL FARINAS<br>    Defendant - Appellant | Michael S. Evans, Esq.<br>FAX 310/329-5233<br>310/545-8192<br>Suite 360<br>[COR LD NTC ret]<br>18411 Crenshaw Blvd.<br>Torrance, CA 90504 |